```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
JENELL RICHARDSON WILLAMS,                                   :
                                                             :
                              Plaintiff,                     :
                                                             :
              -v-                                            :      18-cv-2214 (KBF)
                                                             :
STERLING INFOSYSTEMS, INC. d/b/a                             :      ORDER
STERLING BACKCHECK,                                          :
                                                             :
                              Defendant.                     :
                                                             :
------------------------------------------------------------ X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: March 14, 2018

KATHERINE B. FORREST, District Judge:

    It is hereby ORDERED that:

1. Lead counsel for all parties shall appear for an initial pretrial conference ("IPTC") on **Wednesday, April 18, 2018 at 1:00 p.m.** All counsel in receipt of this order shall notify all other parties (or, if known, their attorneys) of the IPTC by serving each of them with a copy of this order and with a copy of the Court's Individual Practices in Civil Cases. Counsel shall file proof of such service with the Court.

2. At least **four business days prior** to the IPTC, the parties shall jointly submit a proposed schedule in accordance with the form available at http://www.nysd.uscourts.gov/judge/Forrest.

3. Requests for adjournments shall be submitted at least **two business days prior** to the IPTC.

4. Counsel shall consult the Court's Individual Practices in Civil Cases (available at http://www.nysd.uscourts.gov/judge/Forrest) and comply with all other requirements for the IPTC.

SO ORDERED.

Dated: New York, New York
March 14, 2018

_____
KATHERINE B. FORREST
United States District Judge